1  Michael A. Isaacs (SBN 99782)
   Jennifer C. Hayes (SBN 197252)
2  McKENNA LONG & ALDRIDGE LLP
   One Market Plaza
3  Spear Tower, 24th Floor
   San Francisco, California  94105
4  Telephone No.: 415.267.4000
   Fax No.: 415.267.4198
5  misaacs@mckennalong.com
   jhayes@mckennalong.com
6
   Attorneys for Barry Milgrom,
7  Trustee in Bankruptcy

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11  In re                                      Case No. 11-33534 HLB
                                               Chapter 7
12      JAMES FREDERICK PAYNE                   Hon. Hannah L. Blumenstiel
        *aka* JIM PAYNE
13      *aka* JAMES PAYNE PROPERTIES,

14      Debtor.

15  BARRY MILGROM,                             Adversary Proceeding No. 13-03222 HLB
    TRUSTEE IN BANKRUPTCY,
16                                             **STIPULATION RE CONSOLIDATION
        Plaintiff,                             OF ADVERSARY PROCEEDINGS
17                                             (FRBP 7042)**
    v.
18
    PHYLLIS VOISENAT,
19
        Defendant.
20

21

22         Pursuant to the applicable Federal Rules of Civil Procedure and Bankruptcy Procedure,

23  including Federal Rule of Civil Procedure 42, Plaintiff, via his counsel of record, and Defendant

24  hereby stipulate as follows, subject to entry of an order by the Bankruptcy Court approving this

25  stipulation:

26         1.      This adversary proceeding is consolidated with the adversary proceeding captioned

27  as *Barry Milgrom v. Phyllis Voisenat*, Adv. Proc. No. 13-03191.

28

1    2.    The parties agree to file all pleadings in the first-filed adversary proceeding (Adv.

2  Proc. No. 13-03191) with the following caption:

3  | BARRY MILGROM,<br>Trustee in Bankruptcy, | Adversary Proceeding Nos. 13-03191 HLB<br>and 13-03222 HLB<br>(Consolidated) |
   |---|---|
4  |     Plaintiff, | |
5  | v. | |
6  | PHYLLIS VOISENAT, | |
7  |     Defendant. | |
8  | PHYLLIS VOISENAT, | |
9  |     Cross-Claimant, | |
10 | v. | |
11 | BARRY MILGROM,<br>Trustee in Bankruptcy, | |
12 | | |
13 |     Cross Defendant. | |

14

15    3.    The parties agree to extend the discovery cutoff in the adversary proceedings to

16  April 10, 2004 based on the consolidation of the two adversary proceedings, without prejudice to

17  seeking additional modifications of the scheduling order issued in Adversary Proceeding No. 13-

18  03191 on October 7, 2013 (Docket No. 16).

19    4.    December 6, 2013 is the deadline for Plaintiff to file a consolidated answer to the

20  cross-complaints filed in Adversary Proceeding No. 13-03191 (Docket No. 18) and Adversary

21  Proceeding No. 13-0322 (Docket No. 9).

22

23  DATED:  December 3, 2013          McKENNA LONG & ALDRIDGE LLP

24

25                                    By: /s/Jennifer C. Hayes, Esq., CSBN 197252
26                                        Jennifer C. Hayes
                                          Attorneys for Barry Milgrom,
27                                        Trustee in Bankruptcy, Plaintiff and
                                          Cross Defendant
28

1  DATED:  December 3, 2013

2

3

4                                                    By: /s/Phyllis Voisenat, Esq., CSBN 159095
                                                         Phyllis Voisenat
5                                                         Attorney for Defendant and Cross-Claimant

6  USW 804080384.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28